UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00213-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THOMAS SNIFFEN** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant Thomas Sniffen's Motion to Enlarge Motions Deadlines (contained in #142). Having considered defendant Thomas Sniffen's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant Thomas Sniffen's Motion to Enlarge Motions Deadlines (#142) is **GRANTED**, and such deadline is enlarged up to and including February 16, 2018.

Signed: January 3, 2018

Max O. Cogburn Jr.
United States District Judge

1