UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00213-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **THOMAS SNIFFEN,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion to Continue Motions Deadlines. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Continue Motions Deadlines (#169) is **GRANTED**, and the motions deadline is enlarged to June 15, 2018.

Defendant is advised that this court prefers that motions to enlarge the motions deadline be filed separately from motions to continue trial as the former can be granted by magistrate judges and the later only by district judges.

Signed: April 23, 2018

Max O. Cogburn Jr
United States District Judge