UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-CR-213-MOC-DSC-7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THOMAS SNIFFEN, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Seal. (#307). The Motion to Seal does not comply with Local Civil Rule 6.1, as applied to criminal cases through Local Rule 49.1.1. Therefore, the Motion to Seal is denied at this time.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Seal (#307) is **DENIED**. The Government may refile its motion to seal if it wishes to do so, but the Government must comply with this Court's local rules regarding sealing.

Signed: September 3, 2019

Max O. Cogburn Jr
United States District Judge