UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-213-MOC-DSC-7

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| THOMAS SNIFFEN, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to remove "Exhibit One" from the Government's Statement of Relevant Conduct, Docket Number 307 in the above-captioned case and substitute a "Revised Exhibit One." (Doc. No. 454).

For the reasons stated in the Government's Motion and for good cause shown, the Government's motion is **GRANTED**, and it is hereby **ORDERED** that the Clerk shall remove Exhibit One from the Government's Statement of Relevant Conduct, Docket Number 307 and substitute the Revised Exhibit One.

Signed: September 16, 2019

Max O. Cogburn Jr.
United States District Judge

-1-